UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATHLEEN LAMPLEY,

          Plaintiff,

-vs-                                             Case No. 6:12-cv-553-Orl-28TBS

OMEGA DEBT, INC., DENISE
CHILDERS,

          Defendants.

## ORDER

This case is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. 37), Second Joint Motion for Approval of Settlement Agreement (Doc. 39), and Joint Motion for Entry of Consent Judgment (Doc. No. 40). The United States Magistrate Judge has submitted a report recommending that the Motion for Approval of Settlement Agreement (Doc. 37) be denied as moot, and the Second Joint Motion for Approval of Settlement Agreement (Doc. 39) and the Joint Motion for Entry of Consent Judgment (Doc. No. 40) be granted.

After an independent *de novo* review of the record in this matter, and noting the parties' Joint Notice of Non-Objection to the Report and Recommendation (Doc. 42), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 28, 2013 (Doc. No. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 37) is **DENIED as moot**.

3. The Court **INVALIDATES** and **STRIKES** the last sentence in paragraph 4 of the parties' revised Settlement Agreement (Doc. 39-1) and approves the balance of the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

4. The Second Joint Motion for Approval of Settlement Agreement (Doc. No. 39) is **GRANTED**.

5. The Joint Motion for Entry of Consent Judgment (Doc. 40) is **GRANTED**.

6. A Consent Final Judgment is being entered contemporaneously with this Order.

7. This case is dismissed with prejudice.

8. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of September, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record